**UNITED STATES COURT OF INTERNATIONAL TRADE**                     FORM 1

|  |  |
|---|---|
| **MONARCH METALS, INC.,**<br><br>                 Plaintiff,<br>     **v.**<br><br>**UNITED STATES**,<br>                 Defendant. | **SUMMONS**<br><br>**Court No. 24-cv-00266** |

**TO:**    The Attorney General and the Secretary of Homeland Security:

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                                       <u>**/s/ Mario Toscano**</u><br>
                                       Clerk of the Court

### PROTEST

| Port(s) of Entry: | Los Angeles (2704) | Center (if known) | CEE005 – Base Metals |
|---|---|---|---|
| Protest Number: | 2704-24-170477 | Date Protest Filed: | 07/30/2024 |
| Importer: | Monarch Metals, Inc. | Date Protest Denied: | 08/26/2024 |
| Category of Merchandise: | Stainless steel wire | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 399-1093993-1 | 03/17/2023 | 02/09/2024 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Lawrence R Pilon<br>
Rock Trade Law LLC<br>
134 North LaSalle Street, Suite 1800<br>
Chicago, IL 60602<br>
Telephone: (312) 824-6195<br>
Email: lpilon@rocktradelaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

# CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Stainless steel wire | 7223.00.10 / or 7223.00.90 / + 9903.80.01 + 9903.88.15 | Free / + 25% + 7.5% | 7223.00.10, excluded from Section 232 and Section 301 tariffs | Free |

| Other |
|---|
| State specifically the Decision [as described in 19 U.S.C. § 1514(a)] and the Protest Claim:<br><br>The government's determination that the country of origin of the subject stainless steel wire was China, thereby triggering the assessment of Section 232 and Section 301 tariffs. The country of origin of the subject stainless steel wire is claimed to have been Japan, free from both Section 232 and Section 301 tariffs. |

| The issues which are common to all such denied protests: |
|---|
| The country of origin of the subject stainless steel wire and the government's assessment of Section 232 and Section 301 tariffs on the subject wire. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

Lawrence R. Pilon      December 27, 2024
*Name*             *Date*

# SCHEDULE OF PROTESTS

 CEE005 – Base Metals
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 4503-24-101723 | 06/18/2024 | 07/23/2024 | 399-1103771-9 | 09/25/2023 | 12/22/2023 | 4503 |
| 4503-24-101729 | 07/23/2024 | 08/26/2024 | 399-1093282-9 | 03/07/2023 | 02/02/2024 | 4503 |
| 4503-24-101730 | 07/24/2024 | 08/26/2024 | 399-1093284-5 | 03/07/2023 | 02/02/2024 | 4503 |
| 4503-24-101736 | 08/02/2024 | 08/26/2024 | 399-1094348-7 | 03/31/2023 | 02/23/2024 | 4503 |
| 4503-24-101746 | 08/15/2024 | 10/03/2024 | 399-1097499-5 | 06/04/2023 | 04/26/2024 | 4503 |
| 4503-24-101747 | 08/30/2024 | 10/03/2024 | B5T-0008067-5 | 06/30/2023 | 05/24/2024 | 4503 |
| 4503-24-101748 | 09/03/2024 | 10/03/2024 | 399-1100148-3 | 08/04/2023 | 06/21/2024 | 4503 |
| 4503-24-101761 | 11/11/2024 | 12/11/2024 | 399-1104638-9 | 10/23/2023 | 09/06/2024 | 4503 |
| 4503-24-101762 | 11/15/2024 | 12/11/2024 | 399-1107108-0 | 12/10/2023 | 11/01/2024 | 4503 |
|  |  |  |  |  |  |  |
| 5301-24-109869 | 06/17/2024 | 07/23/2024 | B5T-0007278-9 | 01/29/2023 | 12/22/2023 | 5301 |
| 5301-24-109967 | 08/09/2024 | 08/26/2024 | B5T-0007768-9 | 05/02/2023 | 03/29/2024 | 5301 |
| 5301-24-109969 | 08/13/2024 | 08/26/2024 | B5T-0007884-4 | 05/27/2023 | 04/19/2024 | 5301 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |